UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. V. AMADEO, | No. C 06-5999 MHP (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| JOHN DAVEY; et al., | |
| Defendants. | |

Judgment is entered in favor of defendants and against plaintiff.

IT IS SO ORDERED AND ADJUDGED.

Dated: June 12, 2008

_____
Marilyn Hall Patel
United States District Judge