James M.V. Amadeo K67769
PO Box 7500 C2-220
Crescent City, CA  95532

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED
08 JUN 25 PM 2:05
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

James M.V. Amadeo,

 Plaintiff,

v.

John Dovey, et al.,

 Defendants

No. C 06 5999 MHP (Pr)

NOTICE OF APPEAL

 NOTICE IS HEREBY GIVEN that James M.V. Amadeo, Plaintiff in the above named case, hereby appeals to the United States Court Of Appeals for the Ninth Circuit from the Order Granting Summary Judgement for Defendants, filed June 13, 2008 in the US District Court for the Northern District of California, entered in this action on the thirteenth day of June, 2008.

 Plaintiff also HEREBY APPEALS to the United States Court Of Appeals for the Ninth Circuit from the Order Dismissing Plaintiff's Ex Post Facto claim, Plaintiff's Double Jeopardy claim, and Plaintiff's Cruel and Unusual Punishment claim, entered in this action on the 10th day of May, 2007 (Plaintiff filed a timley motion for Reconsideration on the 12th day of September, 2007 to preserve the issues for appeal. Said motion was denied on the 22nd day of October, 2007).

Dated This June 23, 2008 By _/s/ James Amadeo_
  James M.V. Amadeo, Plaintiff in Pro Per /CDCR#K67769
  PO Box 7500 C2 220, Crescent City, CA  95532

Notice Of Appeal  1

## PROOF OF SERVICE BY MAIL

(C.C.P. Section 101(a) # 2015.5, 28 U.S.C. 1746)

I, James M.V. Amadeo, am a resident of Pelican Bay State Prison, in the County of Del Norte, State of California. I am over eighteen (18) years of age and am a party to the below named action.

My Address is: P.O. Box 7500, Crescent City, CA 95531.

On the 23rd day of June, in the year of 20 08, I served the following documents: (set forth the exact title of documents served)

Notice of Appeal

on the party(s) listed below by placing a true copy(s) of said document, enclosed in a sealed envelope(s) with postage thereon fully paid, in the United States mail, in a deposit box so provided at Pelican Bay State Prison, Crescent City, CA 95531 and addressed as follows:

| US Northern District Of California | Jonathan L. Wolff |
| U.S. Courthouse | Deputy Attorney General |
| 450 Golden Gate Avenue | 455 Golden Gate Ave, Suite 11000 |
| San Francisco, CA | San Francisco, CA |
| 94102-3483 | 94102-7004 |

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 23rd day of June, 20 08

Signed: _____
(Declarant Signature)

Rev. 12/06







PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

U.S. Northern District of California
US Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102-3483
Attn: Clerk of the Court

James Amedeo K67769
Po Box 7500 C2 220
Crescent City, CA
95532

LEGAL MAIL